UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

EASTERN DIVISION

| | |
|---|---|
| TARA M. LONG,<br><br>           Plaintiff,<br><br>    v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>           Defendant. | No. 5:23-cv-00579-JDE<br><br>ORDER AWARDING ATTORNEY FEES UNDER THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d), AND COSTS UNDER 28 U.S.C. § 1920 |

    Based upon the parties' Stipulation (Dkt. 23), IT IS ORDERED that Plaintiff shall be awarded attorney's fees and expenses of $5,000.00 under 28 U.S.C. § 2412(d), and no costs under 28 U.S.C. § 1920, subject to the terms of the above-referenced Stipulation.

Dated: February 21, 2024

                                                          _____<br>
                                                          JOHN D. EARLY<br>
                                                          United States Magistrate Judge